MARK R. THIERMAN (Cal. State Bar No. 72913)
JOSHUA D. BUCK (Cal. State Bar No. 258325)
THIERMAN BUCK, LLP.
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com

Attorneys for Plaintiff Kevin D. Raack

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. RAACK, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>CISCO SYSTEMS, INC. and DOES 1-50, inclusive,<br><br>           Defendants. | No.  5:14-CV-04090-RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO COLLECTIVE ACTION CLAIMS;<br>[] ORDER DISMISSING ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure, plaintiff Kevin D. Raack, by and through his counsel of record, voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to his collective-action claims under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 *et seq.*

Dated: March 9, 2015.

MARK R. THIERMAN
JOSHUA D. BUCK
THIERMAN BUCK, LLP


By: */s/Mark R. Thierman* .
Mark R. Thierman
Attorneys for Plaintiff
Kevin D. Raack

**ORDER**

Based on plaintiff Kevin D. Raack's Notice of Voluntary Dismissal of Action with Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to Collective Action Claims, and good cause appearing therefor,

IT IS ORDERED that plaintiff's individual claims be and hereby are DISMISSED WITH PREJUDICE and the collective action claims be and hereby are DISMISSED WITHOUT PREJUDICE.

Dated: March ___, 2015.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge